# First District Court of Appeal
## State of Florida

_____

No. 1D19-754
_____

R.F., Father of I.D., Minor Child,

Appellant,

v.

Department of Children and
Families,

Appellee.

_____

On appeal from the Circuit Court for Gilchrist County.
Peter K. Sieg, Judge.

September 19, 2019

Per Curiam.

Affirmed.

Lewis, Winokur, and Jay, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

James J. Connor, Gainesville; Jennifer Barbookles of the Law Office of Jennifer Barbookles, P.A., Tampa, for Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville, for Appellee.

Thomasina F. Moore, Statewide Director of Appeals, and Sara Goldfarb, Appellate Counsel, Florida Statewide Guardian ad Litem Office, Tallahassee, and Amy M. Wessel, Shutts & Bowen LLP, Pro Bono Counsel, Fort Lauderdale, for Guardian ad Litem Program.